CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

FEB 17 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Case No. 1:05CR19 |
| MELISSA MICHELLE DEEL | : Violations: 18 U.S.C. § 2423(b) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. On or about December 15, 2004, in the Western District of Virginia and elsewhere, MELISSA MICHELLE DEEL traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person.

2. On or about December 15, 2004, in the Western District of Virginia and elsewhere, MELISSA MICHELLE DEEL, a teacher, traveled from Tennessee to Virginia for the purpose of knowingly engaging in a sexual act (contact between the mouth and the penis) with a person who was thirteen years old. Upon arrival in Virginia, DEEL engaged in such sexual act with a thirteen year old student.

3. All in violation of Title 18, United States Code, Section 2423(b).

DATE: February 17, 2005

/s/ John L. Brownlee
JOHN L. BROWNLEE
United States Attorney