IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:05CR00019 |
| | ) | |
| MELISSA MICHELE DEEL | ) | |

**MOTION FOR AUTHORITY TO DISCLOSE
DOCUMENTATION TO SCOTT COUNTY DEPARTMENT OF SOCIAL SERVICES**

The United States, by counsel, respectfully moves this court to enter an order authorizing the United States to disclose any information obtained in the investigation of the above-styled case, including, but not limited to, e-mails. In support of this motion the government states as follows:

The Scott County Department of Social Services is conducting a Child Protective Service investigation regarding the alleged sexual abuse by the defendant of the minor in question in this case. In the interest of that investigation they have requested a copy of the e-mails between the defendant and the minor child.

Wherefore, the United States respectfully moves for an order authorizing the United States Attorney and his designated Assistant United States Attorneys to disclose any information obtained in the investigation of the above-styled case, including, but not limited to, e-mails to the Scott County Department of Social Services in order to assist in their Child Protective Service investigation.

Respectfully submitted,

JOHN L. BROWNLEE
United States Attorney


/s/ Randy Ramseyer
Randy Ramseyer, VSB 33837
Assistant United States Attorney
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Michael Lee Dennis and Robert M. Galumbeck, counsel for defendant.

/s/ Randy Ramseyer (VSB 33837)
Assistant United States Attorney
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)